UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 04-61119-CIV-SEITZ/O'SULLIVAN

RISK INSURANCE AND REINSURANCE
SOLUTIONS,

    Plaintiff,

v.

R + V VERSICHERUNG, *et al.*

    Defendants.
_____/

## ORDER DENYING AS MOOT DEFENDANTS' MOTION FOR BILL OF COSTS

THIS MATTER is before the Court on Defendants' Notice of Dismissal of Bill of Costs [DE-226]. Having reviewed the Notice, and given Defendants' withdrawal of the Motion For Bill of Costs [DE-221], it is hereby

ORDERED that Defendant's Motion For Bill of Costs [DE-221] is DENIED AS MOOT and this case remains CLOSED.

ORDERED in Miami, Florida, this 21st day of April, 2008.

PATRICIA A. SEITZ
UNITED STATES DISTRICT COURT

cc:
Magistrate Judge O'Sullivan
Counsel of Record